# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division



FILED

JUN 22 2009

CLERK, U.S. DISTRICT COURT
RICHMOND. VA

|  |  |
|---|---|
| KAREN KALLAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL NO. 3:08CV760 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on June 3, 2009. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)   The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)   Plaintiff's Motion for Summary Judgment (docket entry no. 13) and Motion for Remand (docket entry no. 14) are DENIED.

(3)   Defendant's Motion for Summary Judgment (docket entry no. 16) is GRANTED.

(4)   The decision of the Commissioner is AFFIRMED.

(5)   This case is CLOSED.

Let the Clerk of the Court send a copy of this order to all counsel of record.

It is so ORDERED.



/s/

Richard L. Williams
United States District Judge

Richmond, Virginia
Date: JUN 2 2 2009